**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-1099**

———————————

LINDIWE N. KUBWEZA,

                              Plaintiff - Appellant,

        versus

UNITED STATES POSTAL SERVICE,

                              Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David G. Lowe, Magistrate Judge. (CA-98-504-3)

———————————

Submitted:  April 15, 1999          Decided:  April 19, 1999

———————————

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Lindiwe N. Kubweza, Appellant Pro Se.  Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lindiwe N. Kubweza appeals the magistrate judge's order dismissing her civil action. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge.[*] See Kubweza v. United States Postal Service, No. CA-98-504-3 (E.D. Va. Dec. 15, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of the magistrate judge. See 28 U.S.C.A. § 636 (West 1993 & West Supp. 1998).

2